# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No.  25-3175

_____

Manfred L.S. Nare, Individually, as Parents, Natural Guardians and Next Friends of M.N., a minor child; Gwladys K. Nare, Individually, as Parents, Natural Guardians and Next Friends of M.N., a minor child

Plaintiffs - Appellants

v.

Omaha Discovery Trust, a Nebraska Corporation, doing business as Kiewit Luminarium

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:25-cv-00048-JFB)

_____

## JUDGMENT

Before COLLOTON, Chief Judge, SHEPHERD, and KOBES, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 24, 2026


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler